# EXHIBIT A

# SUMMONS

EFILED | 8/19/2025 2:31 PM
CC-23-2025-C-109
Logan County Circuit Clerk
Mark McGrew

## IN THE CIRCUIT COURT OF LOGAN COUNTY, WEST VIRGINIA
### Paul Vinson v. Pine Branch Mining, LLC

Service Type:     Secretary of State - Certified - Including Copy Fee

NOTICE TO:   Pine Branch Mining, LLC, 5098 WASHINGTON ST W STE 407, Charleston, WV 25313

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Steven Wolfe, 60 WATER ST, , LOGAN, WV 25601

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

8/19/2025 2:31:53 PM                    /s/ Mark McGrew
_____                  _____
Date                                    Clerk

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint t _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to _____, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

_____          _____
Date                            Server's Signature

# SUMMONS

E-FILED | 8/19/2025 2:31 PM
CC-23-2025-C-109
Logan County Circuit Clerk
Mark McGrew

IN THE CIRCUIT COURT OF LOGAN COUNTY, WEST VIRGINIA
**Paul Vinson v. Pine Branch Mining, LLC**

Service Type:   Secretary of State - Certified - Including Copy Fee

NOTICE TO:   Pine Branch Mining, LLC, 5098 WASHINGTON ST W STE 407, Charleston, WV 25313

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Steven Wolfe, 60 WATER ST, , LOGAN, WV 25601

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

8/19/2025 2:31:53 PM                          /s/ Mark McGrew
Date                                          Clerk

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint t _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to _____, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

_____                    _____
Date                              Server's Signature

# SUMMONS

EFILED | 8/19/2025 2:31 PM
CC-23-2025-C-109
Logan County Circuit Clerk
Mark McGrew

IN THE CIRCUIT COURT OF LOGAN COUNTY, WEST VIRGINIA
**Paul Vinson v. Pine Branch Mining, LLC**

Service Type:     Secretary of State - Certified - Including Copy Fee

NOTICE TO:    Pine Branch Mining, LLC, 5098 WASHINGTON ST W STE 407, Charleston, WV 25313

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Steven Wolfe, 60 WATER ST, , LOGAN, WV 25601

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

8/19/2025 2:31:53 PM                            /s/ Mark McGrew
Date                                             Clerk

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint t _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to _____, someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____, an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

_____                _____
Date                                Server's Signature

E-FILED | 8/19/2025 2:31 PM
CC-23-2025-C-109
Logan County Circuit Clerk
Mark McGrew

# IN THE CIRCUIT COURT OF LOGAN COUNTY, WEST VIRGINIA

**PAUL VINSON**
**DEBRA VINSON**
    **Plaintiff,**

**v.**                                           **CIVIL ACTION NO.  2025-C-___**

**PINE BRANCH MINING, LLC**
    **Defendant.**

## COMPLAINT

COMES NOW the Plaintiffs, PAUL VINSON, by Counsel Steven S. Wolfe and Wolfe, White & Associates, for their Complaint against the Defendant, PINE BRANCH MINING, LLC for its discriminatory firing against the Plaintiff.

### Parties

1. Plaintiff Paul Vinson and Debra Vinson (married), at all times pertinent hereto, are citizens and residents of Logan County, West Virginia.

2. Defendant Pine Branch Mining, LLC, at all times pertinent hereto, was and is a Kentucky corporation doing business in Logan County, West Virginia.

3. The events that gave rise to this action occurred in Logan County, West Virginia.

### Facts

4. Plaintiff fully reiterates and incorporates the previous paragraphs by reference.

5. Upon information and belief, Plaintiff applied for a position and Defendant hired Plaintiff in 2014 to perform the job duties of internal sourcing manager.

6. As part of his employment, the Plaintiff holds his underground mining certificate and is often required to visit coal mines and coal properties.

7. In late 2023 and throughout 2024, the Plaintiff began was experiencing severe pulmonary issues and sought medical treatment for his condition.

8. During his medical issues, the Plaintiff made his superiors aware of his ongoing health problems and that he was seeking treatment for his condition.

9. At all times relevant to his employment, the plaintiff was able and competent to perform the requirements of his employment.

10. In February 2025, the Plaintiff was terminated from his employment without explanation or reason.

11. The Plaintiff is over the age of 50 and is a member of a protected class.

12. After terminating the Plaintiff, the Defendant rehired an individual that is substantially younger than the Plaintiff.

13. At all times relevant, Plaintiff has attempted to mitigate his damages.

## COUNT 1
**(WVHRA Age Discrimination )**

14. Plaintiff fully reiterates and incorporates the previous paragraphs by reference.

15. Defendant's termination of Plaintiff's employment was based upon, in whole or in part, on Plaintiff's age.

16. The Defendant's conduct violates W.Va. Code 16B-17-9 prohibition against discriminating against individuals on the basis of . . . age.

17. As a direct and proximate result of Defendant's actions, Plaintiff has suffered, and will continue to suffer, lost wages and benefits in an amount to be determined by the jury.

18. As a direct and proximate result of Defendant's actions, Plaintiff is entitled to damages for indignity, embarrassment, humiliation and emotional distress in an amount to be determined by the jury.

19. Defendant's actions were willful, wanton and/or undertaken with reckless disregard and/or reckless indifference to the rights of Plaintiff entitling Plaintiff to punitive damages in an amount to be determined by a jury.

20. Defendant's actions were willful and malicious and violated the WVHRA entitling Plaintiff to attorneys' fees and costs.

## COUNT II
### (WVHRA Perceived/Regarded As Disabled)

21. Plaintiff fully reiterates and incorporates the previous paragraphs by reference.

22. Defendant's termination of Plaintiff's employment was based upon, in whole or in part, on Plaintiff's perceived disability related to his pulmonary health condition.

23. The Defendant's conduct violates W.Va. Code 16B-17-9 prohibition against discriminating against individuals on the basis of his perceived or regarded as disabled.

24. As a direct and proximate result of Defendant's actions, Plaintiff has suffered, and will continue to suffer, lost wages and benefits in an amount to be determined by the jury.

25. As a direct and proximate result of Defendant's actions, Plaintiff is entitled to damages for indignity, embarrassment, humiliation and emotional distress in an amount to be determined by the jury.

26. Defendant's actions were willful, wanton and/or undertaken with reckless disregard and/or reckless indifference to the rights of Plaintiff entitling Plaintiff to punitive damages in an amount to be determined by a jury.

27. Defendant's actions were willful and malicious and violated the WVHRA entitling Plaintiff to attorneys' fees and costs.

## COUNT III
### (Loss of Consortium)

28. Plaintiff fully reiterates and incorporates the previous paragraphs by reference.

29. As a consequence of Defendant's actions, the Plaintiff's sustained significant and permanent injuries as more fully described above.

30. Before suffering the injuries resulting from his termination, Mr. Vinson was able to and did perform all the duties of a husband, including but not limited help in maintaining the home, providing love, companionship, affection, society, sexual relations, moral support, and solace to his wife, Mrs. Vinson.

31. Mrs. Vinson suffered from loss of society and consortium as a result of the injuries to her husband.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for the following relief:

32. Damages set forth in this Complaint, including lost wages and benefits, back pay, front pay, damages for indignity, embarrassment, humiliation and emotional distress, and punitive damages in an amount to be determined by the jury;

33. Prejudgment interest as provided by law and or the WV HRA

34. Attorney fees and costs; and

35. Such further relief as the Court may deem just and equitable.

PLAINTIFFS' DEMAND A JURY TRIAL ON ALL ISSUES TRIABLE TO JURY.

PLAINTIFFS,

By Counsel,

\_\_\_/s/ Steven S Wolfe, Esq._____
Steven S. Wolfe (W.Va. Bar #11914)
Wolfe, White & Associates
PO Box 536
Logan, WV 25601